IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ERIN GWYN, | : |
| | : |
|     Plaintiff, | : |
| | :    Case No.: 8:18-cv-00783-EAK-JSS |
| v. | : |
| | : |
| GALENCARE, INC., D/B/A | : |
| NORTHSIDE HOSPITAL | : |
| | : |
|     Defendant. | : |

## NOTICE OF SELECTION OF MEDIATOR

Pursuant to this Court's instructions in the Case Management Order (Doc. 59), Plaintiff hereby notifies this Court that the Parties have jointly selected Robert McKee, Esq. as the mediator to conduct mediation in this matter.

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 20th day of July 2018, a true and correct copy of the foregoing was electronically filed in the US District Court, Middle District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                          */s/ April S. Goodwin*
                                                          APRIL S. GOODWIN, ESQ.
                                                          FLORIDA BAR NO: 0502537
                                                          The Goodwin Firm
                                                          801 West Bay Drive, Suite 705
                                                          Largo, FL 33770
                                                          Attorney for Plaintiff
                                                          Phone: (727) 316.5333
                                                          april@goodwin-firm.com